UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 13-70315 |
| | § | |
| Asdrubal Davila and Ruby Ivonne Davila | § | |
| Debtor(s) | § | Chapter 13 |

## NOTICE OF RESET DATE FOR 341(A) MEETING OF CREDITORS

PLEASE TAKE NOTICE that the §341(A) Meeting of Creditors for the above named Debtor(s) has been reset and will be held at:

Date and Time: Notice of Reset of Meeting of Creditors 341(a) meeting to be held on 10/10/2013 at 03:00 PM

Location: Bank of America Building, 222 East Van Buren, Room 301, Harlingen, TX 78550

Respectfully submitted:

The Oliva Law Firm
By: /s/ Marcos D. Oliva
Marcos D. Oliva
marcos@oliva-law.com
Texas Bar No. 24056068
Fed. Bar No. 948435
1418 Beech Ave. Ste. 108
McAllen, Texas 78501
(956) 502-0825 phone
(866) 868-4224 fax
ATTORNEY FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: **Asdrubal Davila**
**Ruby Ivonne Davila**

CASE NO. 13-70315

CHAPTER 13

## Certificate of Service

I certify that a copy of the foregoing amended schedules were served as follows:

Date: 9/20/2013

/s/ Marcos D. Oliva
**Marcos D. Oliva**
Attorney for the Debtor(s)

3B Payday Loan
727 N. Main St. Ste. B
Culpeper, VA 22701

Cindy Boudloche
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78478

Fed Loan Serv
Po Box 69184
Harrisburg, PA 17106

Aaron's Lease to Own
216 S Conway Ave
Mission, TX 78572

City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Asdrubal Davila
919 Hollyfield St
Mission, TX 78572-3614

Conn's
PO Box 815867
Dallas, TX 75234-5867

Ford Credit
National Bankruptcy Service Center
PO Box 6275
Dearborn, MI 48121

Asset Acceptance
Attn: Bankrupcy Dept
PO Box 2036
Warren, MI 48090

Conns Credit Corp
Box 2356
Beaumont, TX 77704

Hidalgo County & Hidalgo Co. Drainage Di
c/o John T. Banks
Perdue, Brandon, Fielder, Collins & Mott
3301 Northland Drive, Ste. 505

Calvary Portfolio Services
Attention: Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

I K Gunadi, MD PA (Radiologist)
612 W. Nolana Ste 300
McAllen, TX 78504-3088

Cantu Plumbing Inc
2710 N Conway Ave
Mission, TX 78574

Creditor Svc
855 W Price Rd Ste 2
Brownsville, TX 78520

Internal Revenue Service
300 E. 8th Street
STOP 5026AUS
Austin, TX 78701

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: **Asdrubal Davila**
**Ruby Ivonne Davila**

CASE NO. 13-70315

CHAPTER 13

## Certificate of Service

(Continuation Sheet #1)

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Professional Collection<br>PO Box 45274<br>Los Angeles, CA 90045 | Social Security<br>1013 Business Park Dr<br>Mission, TX 78572 |
| Linebarger Goggan Blair & Sampson<br>The Terrace II<br>2700 Via Fortuna Drive, Ste 400<br>Austin, TX 78746 | Rac Acceptance<br>5501 Headquarters Dr<br>Plano, TX 75024 | Social Security Administration<br>Office of Central Operations<br>1500 Woodlawn Drive<br>Baltimore, Maryland 21241-1500 |
| Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603 | Renaissance Medical Imaging<br>PO Box 3316<br>McAllen, TX 78502-3316 | |
| McAllen Pediatric Associates of<br>Renaissa<br>PO Box 2881<br>McAllen, TX 78502 | Rio Grande Regional Hospital<br>PO Box 406395<br>Atlanta, GA 30384 | |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | Security Fin<br>SFC Centralized Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304 | |
| National Student Loan<br>PO Box 82507<br>Lincoln, NE 68501 | Security Finance<br>235 W Expressway 83, Ste 4<br>La Joya, TX 78560 | |
| Ocwen Loan Servicing, LLC<br>PO Box 24738<br>West Palm Beach, FL 33416-4738 | Security First Credit Union<br>3700 N 12th St<br>McAllen, TX 78501 | |